**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| **DUSTIN PATINO, individually and on behalf of all others similarly situated,**<br>         **Plaintiff,**<br><br>v.<br><br>**LIGHTNING OILFIELD SERVICES, INC. and MARK S. WADDELL,**<br>         **Defendants.** | Civil Action No. **3:16-cv-1104** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants stipulate and agree that since Plaintiffs no longer desire to pursue their claims against Defendants, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii).

WHEREFORE, Plaintiffs and Defendants respectfully request the Court enter an Order dismissing with prejudice any and all claims asserted by and between Plaintiffs and Defendants in this action.

|  |  |
|---|---|
| /s/ J. Forester<br>**J. DEREK BRAZIEL**<br>Texas Bar No. 00793380<br>**J. FORESTER**<br>Texas Bar No. 24087532<br>**LEE & BRAZIEL, LLP**<br>1801 N. Lamar St., Suite 325<br>Dallas, Texas 75202<br>Telephone: (214) 749-1400<br>Facsimile: (214) 749-1010 | /s/ R.S. Ghio<br>R.S. Ghio<br>Texas Bar No. 00787531<br>Dismuke & Waters, P.C.<br>2000 E. Lamar Blvd., Ste. 500<br>Arlington, Texas 76006<br>Tel. 817-543-2557<br>Facsimile: 817-749-0318<br><br>**ATTORNEYS FOR DEFENDANTS** |

| | |
|---|---|
| **JACK SIEGEL**<br>Co-Attorney in Charge<br>Texas Bar No. 24070621<br>**SIEGEL LAW GROUP PLLC**<br>10440 N. Central Expy., Suite 1040<br>Dallas, Texas 75231<br>(214) 706-0834 phone<br>(469) 339-0204 fax<br>www.siegellawgroup.biz<br><br>**ATTORNEYS FOR PLAINTIFFS** | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed.  Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

*/s/Jack Siegel*_____

**Jack Siegel**